NUKK-FREEMAN & CERRA, P.C.
*Attorneys for Plaintiffs*
636 Morris Turnpike, Suite 2F
Short Hills, New Jersey 07078
Ph. 973.564.9100
Fax 973.564.9112

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; COMMERCE STREET INVESTMENTS, LLC; PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P.; PRUCO LIFE INSURANCE COMPANY; PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY; PRUDENTIAL INVESTMENT PORTFOLIOS 2; THE PRUDENTIAL LIFE INSURANCE COMPANY, LTD.; PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY; and PRUDENTIAL TRUST COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., ASSET BACKED SECURITIES CORPORATION, and DLJ MORTGAGE CAPITAL, INC.,<br><br>Defendants. | Civil Action No. 2:12-cv-07242-KSH-PS<br><br>**CERTIFICATION OF ROBIN H. ROME, ESQ. IN SUPPORT OF MOTION FOR ADMISSION OF JEREMY ANDERSEN, CHRISTOPHER R. BARKER, DANIEL L. BROCKETT, DAVID D. BURNETT AND A. WILLIAM URQUHART** *PRO HAC VICE* |

I, **ROBIN H. ROME**, hereby certify as follows:

1. I am an attorney at law of the State of New Jersey and a Partner with the law firm of Nukk-Freeman & Cerra, P.C., counsel for Plaintiffs The Prudential Insurance Company of America, Commerce Street Investments, LLC, Pru Alpha Fixed Income Opportunity Master

Fund I, L.P., Pruco Life Insurance Company, Pruco Life Insurance Company of New Jersey, Prudential Investment Portfolios 2, The Prudential Life Insurance Company, Ltd., Prudential Retirement Insurance and Annuity Company, and Prudential Trust Company (collectively, "Plaintiffs") in this matter.

2. I submit this certification in support of Plaintiffs' motion to admit Jeremy Andersen, Christopher R. Barker, Daniel L. Brockett, David D. Burnett and A. William Urquhart *pro hac vice* to represent Plaintiffs in the above-captioned matter. Plaintiffs have requested that Mr. Andersen, Mr. Barker, Mr. Brockett, Mr. Burnett and Mr. Urquhart represent them and appear on their behalf in all phases of trial of this matter.

3. Defendants have consented to the *pro hac vice* admission of Mr. Andersen, Mr. Barker, Mr. Brockett, Mr. Burnett and Mr. Urquhart.

4. I am a member in good standing of the bar of the State of New Jersey, where I was admitted to practice in December 1994. I am also admitted to the practice before the United States District Court for the District of New Jersey, and I am in good standing with this Court.

5. If this motion is granted, in accordance with L. Civ. R. 101.1, I will sign all pleadings, briefs and other papers filed with the Court and shall be held responsible for them, the conduct of the litigation and for the attorneys referenced in Paragraph 2 above.

6. I certify that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

s/ Robin H. Rome
ROBIN H. ROME

Dated: December 13, 2012