NUKK-FREEMAN & CERRA, P.C.
*Attorneys for Plaintiffs*
636 Morris Turnpike, Suite 2F
Short Hills, New Jersey 07078
Ph. 973.564.9100
Fax 973.564.9112

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; COMMERCE STREET INVESTMENTS, LLC; PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P.; PRUCO LIFE INSURANCE COMPANY; PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY; PRUDENTIAL INVESTMENT PORTFOLIOS 2; THE PRUDENTIAL LIFE INSURANCE COMPANY, LTD.; PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY; and PRUDENTIAL TRUST COMPANY, | Civil Action No. 2:12-cv-07242-KSH-PS |
| Plaintiffs, | **CERTIFICATION OF DAVID D. BURNETT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| v. | |
| CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., ASSET BACKED SECURITIES CORPORATION, and DLJ MORTGAGE CAPITAL, INC., | |
| Defendants. | |

**DAVID D. BURNETT**, being of full age, hereby certifies as follows:

1.        I am an Associate with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP. I submit this certification in support of the motion by The Prudential Insurance Company of America, Commerce Street Investments, LLC, Pru Alpha Fixed Income Opportunity Master

Fund I, L.P., Pruco Life Insurance Company, Pruco Life Insurance Company of New Jersey, Prudential Investment Portfolios 2, The Prudential Life Insurance Company, Ltd., Prudential Retirement Insurance and Annuity Company, and Prudential Trust Company (collectively, "Plaintiffs") for my *pro hac vice* admission in this matter, pursuant to L. Civ. R. 101.1.

2.      I am an attorney-at-law and an active member in good standing of the bar of the State of New York, having been admitted to practice in 2008.

3.      The address of the office which maintain my record as a member of the Bar of the State of New York is:

> New York State Supreme Court
> Appellate Division, First Department
> 41 Madison Avenue, 26th Floor
> New York, New York 10010

4.      There are no disciplinary proceedings pending against me in the State of New York or any other jurisdiction, nor have disciplinary proceedings ever been filed against me in the State of New York or any other jurisdiction.  No discipline has ever been imposed on me in the State of New Jersey or any other jurisdiction.

5.      I understand that if I am admitted *pro hac vice,* I will be subject to the disciplinary jurisdiction of the United States District Court for the District of New Jersey.

6.      I further understand that if I am admitted *pro hac vice*, in accordance with L. Civ. R. 101.1(c)(2), I will be required to make annual payments to the New Jersey Lawyers' Fund for Client Protection and, in accordance with L. Civ. R. 101.1(c)(3), I will be required to make a payment of $150.00 to the Clerk of the United States District Court, and I will abide by these requirements.

7.      I hereby certify under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DAVID D. BURNETT

Dated: December ⏐⏐, 2012