NUKK-FREEMAN & CERRA, P.C.
*Attorneys for Plaintiffs*
636 Morris Turnpike, Suite 2F
Short Hills, New Jersey 07078
Ph.  973.564.9100
Fax 973.564.9112

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; COMMERCE STREET INVESTMENTS, LLC; PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P.; PRUCO LIFE INSURANCE COMPANY; PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY; PRUDENTIAL INVESTMENT PORTFOLIOS 2; THE PRUDENTIAL LIFE INSURANCE COMPANY, LTD.; PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY; and PRUDENTIAL TRUST COMPANY,<br><br>            Plaintiffs,<br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., ASSET BACKED SECURITIES CORPORATION, and DLJ MORTGAGE CAPITAL, INC.,<br><br>            Defendants. | Civil Action No. 2:12-cv-07242-KSH-PS<br><br>**[PROPOSED] ORDER FOR ADMISSION OF JEREMY ANDERSEN, CHRISTOPHER R. BARKER, DANIEL L. BROCKETT, DAVID D. BURNETT AND A. WILLIAM URQUHART** *PRO HAC VICE* |

This matter having been brought before the Court by Robin H. Rome, Esq. of Nukk-Freeman & Cerra, P.C., counsel for Plaintiffs The Prudential Insurance Company of America, Commerce Street Investments, LLC, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Pruco Life Insurance Company of New Jersey, Prudential Investment Portfolios 2, The Prudential Life Insurance Company, Ltd., Prudential Retirement

Insurance and Annuity Company, and Prudential Trust Company (collectively, "Plaintiffs"), on a motion to allow Jeremy Andersen, Christopher R. Barker, Daniel L. Brockett, David D. Burnett and A. William Urquhart to appear and participate in the above-captioned matter *pro hac vice* [Docket Entry No. ____ ]; and the Court having noted Defendants' consent and considered the moving papers; and this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown;

**IT IS on this** _____ **day of** _____, **2012**,

**ORDERED** that Plaintiffs' motion be and hereby is granted; and it is further

**ORDERED** that Jeremy Andersen a member in good standing of the Bar of the State of California, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that Christopher R. Barker, a member in good standing of the Bar of the States of California and New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that Daniel L. Brockett, a member in good standing of the Bar of the States of California and New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that David D. Burnett, a member in good standing of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that A. William Urquhart, a member in good standing of the Bar of the States of California and New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Nukk-Freeman & Cerra, P.C., attorneys of record for Plaintiffs, who are admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

**ORDERED** that all counsel admitted *pro hac vice* in accordance with this Order shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2); and it is further

**ORDERED** that all counsel admitted *pro hac vice* in accordance with this Order shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3); and it is further

**ORDERED** that all counsel admitted *pro hac vice* in accordance with this Order shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that all counsel admitted *pro hac vice* in accordance with this Order shall notify this Court immediately of any disciplinary charges brought against them in the Bar of any other court; and it is further

**ORDERED** that all counsel admitted *pro hac vice* in accordance with this Order shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, R. 1:21-7, as amended; and it is further

**ORDERED** that Nukk-Freeman & Cerra, P.C. may file a request with the Clerk of the Court, the form of which is available on the Court's website, for *pro hac vice* counsel to receive electronic notifications in this matter.

 

 

**THE HONORABLE PATTY SHWARTZ**
**United States Magistrate Judge**