NUKK-FREEMAN & CERRA, P.C.
*Attorneys for Plaintiffs*
636 Morris Turnpike, Suite 2F
Short Hills, New Jersey 07078
Ph.  973.564.9100
Fax 973.564.9112

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; COMMERCE STREET INVESTMENTS, LLC; PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P.; PRUCO LIFE INSURANCE COMPANY; PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY; PRUDENTIAL INVESTMENT PORTFOLIOS 2; THE PRUDENTIAL LIFE INSURANCE COMPANY, LTD.; PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY; and PRUDENTIAL TRUST COMPANY, | : : : : : : : : | **Civil Action No. 2:12-cv-07242-KSH-PS** |
| Plaintiffs, | : | **CERTIFICATE OF ELECTRONIC FILING** |
| v. | : | |
| CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., ASSET BACKED SECURITIES CORPORATION, and DLJ MORTGAGE CAPITAL, INC., | : | |
| Defendants. | | |

I hereby certify that on this date I caused a copy of the following documents to be electronically filed with the United States District Court for the District of New Jersey:

1. Notice of Motion for *Pro Hac Vice* Admissions;

2. Certification of Robin H. Rome, Esq.;

3. Certifications of Jeremy Andersen, Christopher R. Barker, Daniel L. Brockett David D. Burnett and A. William Urquhart;

4. Proposed Order for *Pro Hac Vice* Admissions; and

5. Certificate of Electronic Filing.

**NUKK-FREEMAN & CERRA, P.C.**
*Attorneys for The Prudential Insurance Company of America, Commerce Street Investments, LLC, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Pruco Life Insurance Company of New Jersey, Prudential Investment Portfolios 2, The Prudential Life Insurance Company, Ltd., Prudential Retirement Insurance and Annuity Company, and Prudential Trust Company*

By:   s/ Robin H. Rome
      ROBIN H. ROME

Dated: December 13, 2012