# DUGHI, HEWIT & DOMALEWSKI, P.C.

ATTORNEYS AT LAW

340 NORTH AVENUE
CRANFORD, NEW JERSEY 07016
(908) 272-0200
TELECOPIER: (908) 272-0909

LOUIS JOHN DUGHI, JR.
RUSSELL L. HEWIT
CRAIG A. DOMALEWSKI
ROBERT W. DONNELLY, JR.
MICHAEL J. KEATING
CHARLES M. RADLER, JR.
MARIO C. GURRIERI
KEITH A. GABLE
PAMELA HATTEM
GARY L. RIVELES*
RICHARD A. OUTHWAITE
SCOTT A. HALL
DARA L. SPIRO

WILLIAM H. GAZI (1964-2001)
LAWRENCE WEISS (1961-2011)

OF COUNSEL
WILLIAM L'E. WERTHEIMER

DOUGLAS M. SINGLETERRY
KRISTIN M. CAPALBO
ANDREW J. ECONOMOS
AMANDA G. BENJAMIN-SMITH
ARIS E. L. DUTKA
LORI C. DUFFY
BENJAMIN H. ZILBERGELD

* CERTIFIED CIVIL TRIAL ATTORNEY

December 13, 2012

**VIA ELECTRONIC FILING**
**AND FEDERAL EXPRESS**

Hon. Patty Shwartz, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building, Courtroom PO10
50 Walnut Street
Newark, New Jersey 07101

      Re:    Prudential Insurance v. Credit Suisse Securities (USA), LLC, et al.
               Case Number 2:12-CV-07242 (KSH) (PS)
               Our File No.: 13665

Dear Judge Shwartz:

      We represent Defendants Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation and DLJ Mortgage Capital, Inc. ("Defendants") in the above matter.

      We enclose an application on behalf of the Defendants for the *pro hac vice* admission of Julie A. North, Esq., Lauren A. Moskowitz, Esq., Michael T. Reynolds, Esq., Richard W. Clary, Esq. and Richard J. Stark, Esq., which has been electronically filed today. In particular, we enclose the following:

1. Certification of Craig A. Domalewski, Esq. in Support of Defendants' *Pro Hac Vice* Admission of Counsel;

2. Certification of Julie A. North, Esq., in support of application for admission;

3. Certification of Lauren A. Moskowitz, Esq., in support of application for admission;

DUGHI, HEWIT & DOMALEWSKI, P.C.

Hon. Patty Shwartz, U.S.M.J.
Re:     Prudential Insurance v. Credit Suisse Securities (USA), LLC, et al.
Page 2

4. Certification of Michael T. Reynolds, Esq., in support of application for admission;

5. Certification of Richard W. Clary, Esq., in support of application for admission;

6. Certification of Richard J. Stark, Esq., in support of application for admission;

7. A proposed form of Order admitting Julie A. North, Esq., Lauren A. Moskowitz, Esq., Michael T. Reynolds, Esq., Richard W. Clary, Esq. and Richard J. Stark, Esq., *pro hac vice*; and

8. Certification of Service.

Counsel for Plaintiffs have consented to the *pro hac vice* admission of counsel.

If the enclosed meets with Your Honor's approval, we respectfully request that the order be entered.

Thank you for your consideration.

Respectfully submitted,

DUGHI, HEWIT & DOMALEWSKI

Craig A. Domalewski
cdomalewski@dughihewit.com

Enclosures

cc:    All counsel (via Electronic Filing)

G:\13665\Pro Hac Vice\PHV Application\13665-COR-CAD-PHV APPLICATION-BHZ-12-13-2012.doc