**DUGHI, HEWIT & DOMALEWSKI, P.C.**
Craig A. Domalewski (cdomalewski@dughihewit.com)
340 North Avenue
Cranford, New Jersey 07016
(908) 272-0200

*Pro hac vice* application pending for:
**CRAVATH, SWAINE & MOORE, LLP**
Richard W. Clary (rclary@cravath.com)
Julie A. North (jnorth@cravath.com)
Richard J. Stark (rstark@cravath.com)
Michael T. Reynolds (mreynolds@cravath.com)
Lauren A. Moskowitz (lmoskowitz@cravath.com)
825 8th Avenue
New York, New York 10019
(212) 474-1000

Attorneys for Defendants Credit Suisse Securities (USA) LLC,
Credit Suisse First Boston Mortgage Securities Corp.,
Asset Backed Securities Corporation and
DLJ Mortgage Capital, Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, COMMERCE STREET INVESTMENTS, LLC, PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P., PRUCO LIFE INSURANCE COMPANY, PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY, PRUDENTIAL INVESTMENT PORTFOLIOS 2, THE PRUDENTIAL LIFE INSURANCE COMPANY, LTD., PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY and PRUDENTIAL TRUST COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., ASSET BACKED SECURITIES CORPORATION, and DLJ MORTGAGE CAPITAL, INC.,<br><br>Defendants. | No. 2:12-CV-07242 (KSH)(PS)<br><br><br><br>**CERTIFICATION OF CRAIG A. DOMALEWSKI, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION OF JULIE A. NORTH, LAUREN A. MOSKOWITZ, MICHAEL T. REYNOLDS, RICHARD W. CLARY AND RICHARD J. STARK *PRO HAC VICE*** |

I, **CRAIG A. DOMALEWSKI, ESQ.**, do hereby certify as follows:

1. I am a member of the law firm of Dughi, Hewit & Domalewski, P.C., attorneys for the Defendants, Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation and DLJ Mortgage Capital, Inc. (hereinafter, "Defendants"), in the within action. I submit this Certification in support of Defendants' application for an Order admitting Julie A. North, Lauren A. Moskowitz, Michael T. Reynolds, Richard W. Clary and Richard J. Stark as counsel *pro hac vice* to represent Defendants in the above-captioned action pursuant to Local Civil Rule 101.1(c). I am personally familiar with the facts set forth in this Certification.

2. Plaintiffs have consented to the *pro hac vice* admission of Julie A. North, Lauren A. Moskowitz, Michael T. Reynolds, Richard W. Clary and Richard J. Stark.

3. I am a member in good standing of the Bar of the State of New Jersey, and I am admitted to practice before the United States District Court for the District of New Jersey. The law firm of Dughi, Hewit & Domalewski, P.C. maintains offices at 340 North Avenue, Cranford, New Jersey 07016.

4. If the Court grants the above-referenced application for *pro hac vice* admission, I will continue to serve as local counsel of record in this matter, will review and sign all pleadings, briefs, and other papers filed with the Court, will be responsible for the conduct of this action and for the conduct of the attorneys admitted *pro hac vice*, and will otherwise comply with all terms and conditions of Local Civil Rule 101.1(c).

5.   I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DUGHI, HEWIT & DOMALEWSKI, P.C.
340 North Avenue
Cranford, New Jersey 07016
(908) 272-0200

Attorneys for Defendants Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation and DLJ Mortgage Capital, Inc.

CRAIG A. DOMALEWSKI, ESQ.
cdomalewski@dughihewit.com

Dated: December 13, 2012

G:\13665\Pro Hac Vice\PHV Application\13665-PLD-BHZ-CERT CAD PRO HAC-12-13-2012.doc