**DUGHI, HEWIT & DOMALEWSKI, P.C.**
Craig A. Domalewski (cdomalewski@dughihewit.com)
340 North Avenue
Cranford, New Jersey 07016
(908) 272-0200

*Pro hac vice* applications pending for:
**CRAVATH, SWAINE & MOORE, LLP**
Richard W. Clary (rclary@cravath.com)
Julie A. North (jnorth@cravath.com)
Richard J. Stark (rstark@cravath.com)
Michael T. Reynolds (mreynolds@cravath.com)
Lauren A. Moskowitz (lmoskowitz@cravath.com)
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Attorneys for Defendant Credit Suisse Securities (USA) LLC,
Credit Suisse First Boston Mortgage Securities Corp.,
Asset Backed Securities Corporation and
DLJ Mortgage Capital, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, COMMERCE STREET INVESTMENTS, LLC, PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P., PRUCO LIFE INSURANCE COMPANY, PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY, PRUDENTIAL INVESTMENT PORTFOLIOS 2, THE PRUDENTIAL LIFE INSURANCE COMPANY, LTD., PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY and PRUDENTIAL TRUST COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., ASSET BACKED SECURITIES CORPORATION, and DLJ MORTGAGE CAPITAL, INC.,<br><br>Defendants. | No. 2:12-CV-07242 (KSH)(PS)<br><br><br><br>**CERTIFICATION OF JULIE A. NORTH IN SUPPORT OF APPLICATION FOR ADMISSION <u>PRO HAC VICE</u>** |

I, **JULIE A. NORTH**, do hereby certify as follows:

1. I am a partner with the law firm of Cravath, Swaine & Moore, LLP, 825 Eighth Avenue, New York, New York 10019. I respectfully submit this certification in support of my application for admission *pro hac vice* pursuant to Local Civil Rule 101.1(c) in the above-captioned action.

2. I am admitted to the bar of the Courts listed in Exhibit A, attached hereto.

3. I am in good standing in all jurisdictions in which I am admitted.

4. I have never been suspended from practice or subjected to any disciplinary proceedings by any bar to which I have been admitted to practice.

5. Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation and DLJ Mortgage Capital, Inc. (hereinafter jointly "Credit Suisse") have requested that I represent them in this matter, as I am fully familiar with the facts and circumstances of this case. I have substantial experience representing Credit Suisse in actions similar to the instant litigation.

6. If admitted *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), for any year in which I continue to appear in this matter.

7. Upon being admitted to appear and participate in this matter, *pro hac vice*, I shall also promptly make payment to the Clerk of the United States District Court for the District of New Jersey as provided by Local Civil Rule 101.1(c)(3).

8. Pursuant to Local Civil Rule 101.1(c), I understand that upon admission, *pro hac vice*, I am deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7 governing contingent fees.

2

9. I am associated in this matter with New Jersey counsel, Dughi, Hewit & Domalewski, P.C., located at 340 North Avenue, Cranford, New Jersey 07016.

10. Pursuant to the rules of this Court, all pleadings submitted on behalf of Credit Suisse in this action will be signed by the firm of Dughi, Hewit & Domalewski, P.C., attorneys of record for Credit Suisse.

11. For the foregoing reasons, I respectfully request on behalf of Credit Suisse that I be admitted *pro hac vice* for the purpose of representing Credit Suisse in this action in association with New Jersey counsel. I agree to be bound by the rules governing practice in the New Jersey Courts including the disciplinary rules.

I certify that the above statements are true. I am aware that if any of the above statements are willfully false, I will be subject to punishment.

EXECUTED this 11th day of December, 2012, in New York, New York.

JULIE A. NORTH

# EXHIBIT A

| Court | Year of Admission | Name and Address of the Office Maintaining the Roll of the Members of the Bar |
|---|---|---|
| Supreme Court of the State of New York – Appellate Division, Second Judicial Department | 1990 | Clerk's Office<br>Supreme Court of the State of New York<br>Appellate Division, Second Judicial Department<br>45 Monroe Place<br>Brooklyn, NY 11201 |
| United States District Court for the Southern District of New York | 1991 | Office of the Clerk<br>U.S. District Court<br>500 Pearl Street<br>New York, NY 10007 |
| United States District Court for the Eastern District of New York | 1997 | Clerk's Office<br>U.S. District Court<br>Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 |
| United States District Court for the District of Colorado | 2012 | Office the Clerk<br>United States District Court<br>Alfred A. Arraj U.S. Courthouse, Room A-105<br>901 19th Street<br>Denver, CO 80294 |