**DUGHI, HEWIT & DOMALEWSKI, P.C.**
Craig A. Domalewski (cdomalewski@dughihewit.com)
340 North Avenue
Cranford, New Jersey 07016
(908) 272-0200

*Pro hac vice* application pending for:
**CRAVATH, SWAINE & MOORE, LLP**
Richard W. Clary (rclary@cravath.com)
Julie A. North (jnorth@cravath.com)
Richard J. Stark (rstark@cravath.com)
Michael T. Reynolds (mreynolds@cravath.com)
Lauren A. Moskowitz (lmoskowitz@cravath.com)
825 8th Avenue
New York, New York 10019
(212) 474-1000

Attorneys for Defendants Credit Suisse Securities (USA) LLC,
Credit Suisse First Boston Mortgage Securities Corp.,
Asset Backed Securities Corporation and
DLJ Mortgage Capital, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, COMMERCE STREET INVESTMENTS, LLC, PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P., PRUCO LIFE INSURANCE COMPANY, PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY, PRUDENTIAL INVESTMENT PORTFOLIOS 2, THE PRUDENTIAL LIFE INSURANCE COMPANY, LTD., PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY and PRUDENTIAL TRUST COMPANY,<br><br>Plaintiffs,<br>vs.<br><br>CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., ASSET BACKED SECURITIES CORPORATION, and DLJ MORTGAGE CAPITAL, INC.,<br><br>Defendants. | No. 2:12-CV-07242 (KSH)(PS)<br><br><br>**ORDER** |

This matter having come before the Court on the application of Dughi, Hewit & Domalewski, P.C., attorneys for Defendants Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation and DLJ Mortgage Capital, Inc. (collectively, "Defendants") for the *pro hac vice* admission of Julie A. North, Lauren A. Moskowitz, Michael T. Reynolds, Richard W. Clary and Richard J. Stark (collectively, "counsel"), pursuant to Local Civ. R. 101.1; on notice to and with the consent of Plaintiffs' counsel; and the Court having considered the moving papers submitted in support of the application, which reflect that counsel satisfies the requirements set forth in Local Civ. R. 101.1(c)(1); and for good cause shown,

IT IS ON THIS _____ day of _____, 2012

ORDERED that Defendants' application for the *pro hac vice* admission of counsel is granted; and it is further

ORDERED that Julie A. North, a member in good standing of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

ORDERED that Lauren A. Moskowitz, a member in good standing of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

ORDERED that Michael T. Reynolds, a member in good standing of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

ORDERED that Richard W. Clary, a member in good standing of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

ORDERED that Richard J. Stark, a member in good standing of the Bar of the States of Connecticut and New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

ORDERED that all counsel admitted *pro hac vice* shall abide by the Rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and it is further

ORDERED that as local counsel of record, Dughi, Hewit & Domalewski, P.C. shall (a) be attorney of record in this case in accordance with Local Civil Rule 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm to sign) all pleadings, briefs, and other papers submitted to this Court; and (d) be responsible for the conduct of the case and counsel in this matter; and it is further

ORDERED that counsel is deemed to consent to the appointment of the Clerk of the Court as agent upon whom service of process may be made for all actions against counsel that may arise from counsel's participation in this matter; and it is further

ORDERED that all counsel admitted *pro hac vice* shall each make payment to the New Jersey Lawyer's Fund for Client Protection, pursuant to all applicable N.J. Court Rule governing the practice of law, including R. 1:28-2, for each year in which counsel represents the client in this matter, pursuant to Local Civil Rule 101.1(c)(2); and it is further

ORDERED that all counsel admitted *pro hac vice* shall each make payment of $150.00 to the Clerk, USDC, pursuant to Local Civil Rule 101.1(c)(3); and it is further

ORDERED that all counsel admitted *pro hac vice* shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of Local Civil Rule 103.1, *Judicial Ethics and Professional Responsibility*, and Local Civil Rule 104.1, *Discipline of Attorneys*.

_____
Hon. Patty Shwartz, U.S.M.J.

G:\13665\Pro Hac Vice\PHV Application\13665-PLD-BHZ-PROPOSED ORDER PRO HAC-12-13-2012.doc