**DUGHI, HEWIT & DOMALEWSKI, P.C.**
Craig A. Domalewski (cdomalewski@dughihewit.com)
340 North Avenue
Cranford, New Jersey 07016
(908) 272-0200

*Pro hac vice* application pending for:
**CRAVATH, SWAINE & MOORE, LLP**
Richard W. Clary (rclary@cravath.com)
Julie A. North (jnorth@cravath.com)
Richard J. Stark (rstark@cravath.com)
Michael T. Reynolds (mreynolds@cravath.com)
Lauren A. Moskowitz (lmoskowitz@cravath.com)
825 8th Avenue
New York, New York 10019
(212) 474-1000

Attorneys for Defendants Credit Suisse Securities (USA) LLC,
Credit Suisse First Boston Mortgage Securities Corp.,
Asset Backed Securities Corporation and
DLJ Mortgage Capital, Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, COMMERCE STREET INVESTMENTS, LLC, PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P., PRUCO LIFE INSURANCE COMPANY, PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY, PRUDENTIAL INVESTMENT PORTFOLIOS 2, THE PRUDENTIAL LIFE INSURANCE COMPANY, LTD., PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY and PRUDENTIAL TRUST COMPANY,<br><br>    Plaintiffs,<br><br>vs.<br><br>CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., ASSET BACKED SECURITIES CORPORATION, and DLJ MORTGAGE CAPITAL, INC.,<br><br>    Defendants. | No. 2:12-CV-07242 (KSH)(PS)<br><br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on December 13, 2012, I caused a true copy of the following documents to be electronically filed with the Clerk of the Court through use of the Court's CM/ECF system which will send a notice of electronic filing to Plaintiffs' counsel of record:

1. Certification of Craig A. Domalewski, Esq. in Support of Defendants' *Pro Hac Vice* Admission of Counsel;

2. Certification of Julie A. North, Esq., in support of application for admission;

3. Certification of Lauren A. Moskowitz, Esq., in support of application for admission;

4. Certification of Michael T. Reynolds, Esq., in support of application for admission;

5. Certification of Richard W. Clary, Esq., in support of application for admission;

6. Certification of Richard J. Stark, Esq., in support of application for admission;

7. A proposed form of Order admitting Julie A. North, Esq., Lauren A. Moskowitz, Esq., Michael T. Reynolds, Esq., Richard W. Clary, Esq. and Richard J. Stark, Esq., *pro hac vice*; and

8. Certification of Service.

DUGHI, HEWIT & DOMALEWSKI, P.C.
340 North Avenue
Cranford, New Jersey 07016
(908) 272-0200

Attorneys for Defendants Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation and DLJ Mortgage Capital, Inc.

CRAIG A. DOMALEWSKI, ESQ.
cdomalewski@dughihewit.com

Dated: December 13, 2012