# DUGHI, HEWIT & DOMALEWSKI, P.C.

### ATTORNEYS AT LAW

340 NORTH AVENUE
CRANFORD, NEW JERSEY 07016
(908) 272-0200
TELECOPIER: (908) 272-0909

LOUIS JOHN DUGHI, JR.
RUSSELL L. HEWIT
CRAIG A. DOMALEWSKI
ROBERT W. DONNELLY, JR.
MICHAEL J. KEATING
CHARLES M. RADLER, JR.
MARIO C. GURRIERI
KEITH A. GABLE
PAMELA HATTEM
GARY L. RIVELES*
RICHARD A. OUTHWAITE
SCOTT A. HALL
DARA L. SPIRO

WILLIAM H. GAZI  (1964-2001)
LAWRENCE WEISS (1961-2011)

OF COUNSEL
   WILLIAM L'E. WERTHEIMER

DOUGLAS M. SINGLETERRY
KRISTIN M. CAPALBO
ANDREW J. ECONOMOS
AMANDA G. BENJAMIN-SMITH
ARIS E. L. DUTKA
LORI C. DUFFY
BENJAMIN H. ZILBERGELD

* CERTIFIED CIVIL TRIAL ATTORNEY

December 17, 2012

**VIA ELECTRONIC FILING**
**AND FEDERAL EXPRESS**

Hon. Patty Shwartz, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building, Courtroom PO10
50 Walnut Street
Newark, New Jersey 07101

<div style="margin-left:2em">

Re:    Prudential Insurance v. Credit Suisse Securities (USA), LLC, et al.
Case Number 2:12-CV-07242 (KSH) (PS)
Our File No.:  13665

</div>

Dear Judge Shwartz:

      We represent Defendants Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation and DLJ Mortgage Capital, Inc. ("Defendants") in the above matter.

      Defendants were served on November 29, 2012, and their responsive pleading to Plaintiffs' Complaint is currently due on December 20, 2012.  We are writing to request an extension of the time for filing a responsive pleading until January 28, 2013 in accordance with L.Civ.R. 6.1(b).  Plaintiffs' counsel has consented to Defendants' request.  This is the first extension requested.

      In lieu of an Answer, Defendants intend to file a Motion to Dismiss Plaintiffs' Complaint pursuant to F.R.C.P. 12(b)(6).  After conferring, the parties have agreed to the following, proposed briefing schedule:

1.    Defendants' Motion to Dismiss Plaintiffs' Complaint is due January 28, 2013;

DUGHI, HEWIT & DOMALEWSKI, P.C.

Hon. Patty Shwartz, U.S.M.J.
Re:      Prudential Insurance v. Credit Suisse Securities (USA), LLC, et al.
Page 2

     2.    Plaintiffs' Opposition to Defendants' Motion to Dismiss is due March 14, 2013; and

     3.    Defendants' Reply to Plaintiffs' Opposition is due April 12, 2013.

     This is a large and complex litigation, involving common law and statutory claims (including a claim under New Jersey's RICO statute) with respect to $466 million in residential mortgage-backed securities, and counsel for the parties believe that it will be extremely difficult to adequately brief the relevant issues in accordance with the standard "24-14-7" motion schedule.  Accordingly, counsel for the parties respectfully request that Your Honor approve this individualized briefing schedule.

     Thank you for your consideration.

     Respectfully submitted,

     DUGHI, HEWIT & DOMALEWSKI

     Craig A. Domalewski
     cdomalewski@dughihewit.com

cc:      All counsel (via Electronic Filing)

G:\13665\13665-COR-CAD-DNJ EXTENSION-BHZ-12-12-2012.doc