**DUGHI, HEWIT & DOMALEWSKI, P.C.**
Craig A. Domalewski (cdomalewski@dughihewit.com)
340 North Avenue
Cranford, New Jersey 07016
(908) 272-0200

*Pro hac vice* application pending for:
**CRAVATH, SWAINE & MOORE, LLP**
Richard W. Clary (rclary@cravath.com)
Julie A. North (jnorth@cravath.com)
Richard J. Stark (rstark@cravath.com)
Michael T. Reynolds (mreynolds@cravath.com)
Lauren A. Moskowitz (lmoskowitz@cravath.com)
825 8th Avenue
New York, New York 10019
(212) 474-1000

Attorneys for Defendants Credit Suisse Securities (USA) LLC,
Credit Suisse First Boston Mortgage Securities Corp.,
Asset Backed Securities Corporation and
DLJ Mortgage Capital, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, COMMERCE STREET INVESTMENTS, LLC, PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P., PRUCO LIFE INSURANCE COMPANY, PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY, PRUDENTIAL INVESTMENT PORTFOLIOS 2, THE PRUDENTIAL LIFE INSURANCE  COMPANY, LTD., PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY and PRUDENTIAL TRUST COMPANY,<br><br>       Plaintiffs,<br>vs.<br><br>CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., ASSET BACKED SECURITIES CORPORATION, and DLJ MORTGAGE CAPITAL, INC.,<br><br>       Defendants. | No. 2:12-CV-07242 (KSH)(PS)<br><br>*Document electronically filed*<br><br>**APPLICATION FOR CLERK'S ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

Application is hereby made to the Clerk of the United States District Court for the District of New Jersey by Dughi, Hewit & Domalewski, P.C., attorneys for Defendants Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation and DLJ Mortgage Capital, Inc. (hereinafter, "Defendants"), for an extension of time within which to answer or otherwise respond to the Complaint herein for a period of fourteen (14) days pursuant to Local Civil Rule 6.1(b). Said Defendants having come before the Court solely for this extension but not for the purpose of appearing either generally or specially in this jurisdiction, nor having waived any defenses available to them by such appearance; and it is represented that:

1. Defendants received service of the Complaint on November 29, 2012;
2. Defendants' Answer or other responsive pleading is due on or before December 20, 2012;
3. The time to Answer or otherwise respond has not yet expired;
4. With this extension, Defendants' Answer or other responsive pleading would be due on January 4, 2013; and
5. There have been no prior extensions of time to Answer or otherwise respond, however, on December 17, 2012, Defendants filed a request with the Honorable Patty Shwartz, U.S.M.J., to extend the deadline for filing a responsive pleading until January 28, 2013, with the consent of Plaintiffs' counsel. (Document No. 19). At the request of Judge Shwartz Chambers, on December 19, 2012, Defendants filed a proposed Order extending the time for filing a responsive pleading and establishing a briefing schedule (Document No. 22). Said Order is currently pending before Judge Shwartz, and would extend the time for filing a responsive pleading beyond the date referenced in paragraph 4 above.

DUGHI, HEWIT & DOMALEWSKI, P.C.
340 North Avenue
Cranford, New Jersey 07016
(908) 272-0200

Attorneys for Defendants Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation and DLJ Mortgage Capital, Inc.

_____
CRAIG A. DOMALEWSKI, ESQ.
cdomalewski@dughihewit.com

Dated: December 20, 2012

The above application be and hereby is **GRANTED** and the time to answer or otherwise respond is extended for a period of fourteen (14) days up to and including January 4, 2013, pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

                              WILLIAM T. WALSH, Clerk

                              By:_____
                                              Deputy Clerk

Dated: _____

G:\13665\13665-PLD-BHZ-CLERK 14 DAY EXTENSION-SAH-12-20-2012.doc