**DUGHI, HEWIT & DOMALEWSKI, P.C.**
Craig A. Domalewski (cdomalewski@dughihewit.com)
340 North Avenue
Cranford, New Jersey 07016
(908) 272-0200

*Pro hac vice* application pending for:
**CRAVATH, SWAINE & MOORE, LLP**
Richard W. Clary (rclary@cravath.com)
Julie A. North (jnorth@cravath.com)
Richard J. Stark (rstark@cravath.com)
Michael T. Reynolds (mreynolds@cravath.com)
Lauren A. Moskowitz (lmoskowitz@cravath.com)
825 8th Avenue
New York, New York 10019
(212) 474-1000

Attorneys for Defendants Credit Suisse Securities (USA) LLC,
Credit Suisse First Boston Mortgage Securities Corp.,
Asset Backed Securities Corporation and
DLJ Mortgage Capital, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, COMMERCE STREET INVESTMENTS, LLC, PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P., PRUCO LIFE INSURANCE COMPANY, PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY, PRUDENTIAL INVESTMENT PORTFOLIOS 2, THE PRUDENTIAL LIFE INSURANCE COMPANY, LTD., PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY and PRUDENTIAL TRUST COMPANY, <br><br> Plaintiffs, <br> vs. <br><br> CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., ASSET BACKED SECURITIES CORPORATION, and DLJ MORTGAGE CAPITAL, INC., <br><br> Defendants. | No. 2:12-CV-07242 (KSH)(PS) <br><br><br> ORDER on <br> informal <br> application |

THIS MATTER having come before the Court upon the application of Dughi, Hewit & Domalewski, P.C., attorneys for Defendants Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation and DLJ Mortgage Capital, Inc. (collectively, "Defendants") for an Order extending the time for filing a responsive pleading from December 20, 2012 until January 28, 2013, and establishing a briefing schedule for Defendants' forthcoming Motion to Dismiss Plaintiffs' Complaint pursuant to Fed.R.Civ.P. 12(b)(6) in lieu of an Answer, and upon the consent of Plaintiffs' counsel, and for good cause shown,

IT IS HEREBY ORDERED that Defendants' time for filing a responsive pleading shall be and hereby is extended until January 28, 2013; and it is further

ORDERED that Defendants' Motion to Dismiss shall be based on the following briefing schedule:

1. Defendants' Motion to Dismiss Plaintiffs' Complaint shall be filed and served on or before January 28, 2013;

2. Plaintiffs' Opposition to Defendants' Motion to Dismiss shall be filed and served on or before March 14, 2013; and

3. Defendants' Reply to Plaintiffs' Opposition shall be filed and served on or before April 12, 2013.

*[handwritten: No extensions of these deadlines will be granted given the length of time and the fact they reflect the proposal of the parties]*

IT IS FURTHER ORDERED that a true and correct copy of this Order shall be served upon counsel for all parties within seven (7) days of receipt of this Order.

IT IS SO ORDERED.

_____
Hon. Patty Shwartz, U.S.M.J.

G:\13665\13665-PLD-BHZ-PROPOSED ORDER EXTENSION-12-19-2012.doc