NUKK-FREEMAN & CERRA, P.C.
636 Morris Turnpike, Suite 2F
Short Hills, New Jersey 07078
Ph.  973.564.9100
Fax 973.564.9112
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; COMMERCE STREET INVESTMENTS, LLC; PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P.; PRUCO LIFE INSURANCE COMPANY; PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY; PRUDENTIAL INVESTMENT PORTFOLIOS 2; THE PRUDENTIAL LIFE INSURANCE COMPANY, LTD.; PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY; and PRUDENTIAL TRUST COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., ASSET BACKED SECURITIES CORPORATION, and DLJ MORTGAGE CAPITAL, INC.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **Civil Action No. 2:12-cv-07242-KSH-PS**<br><br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEYS TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel, Nukk-Freeman & Cerra, P.C., for *pro hac vice* Counsel, Jeremy Andersen, Esq., Christopher R. Barker, Esq., Daniel L. Brockett, Esq., David D. Burnett, Esq. and A. William Urquhart, Esq. to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting Plaintiffs The Prudential Insurance Company of America, Commerce Street Investments, LLC, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Pruco Life Insurance Company of New Jersey, Prudential Investment Portfolios 2, The Prudential Life Insurance Company, Ltd., Prudential Retirement Insurance and Annuity Company, and Prudential Trust Company's Motion for Jeremy Andersen, Esq., Christopher R. Barker, Esq., Daniel L. Brockett, Esq., David D. Burnett, Esq., and A. William Urquhart, Esq. to appear *pro hac vice* in the within matter has been entered [Docket Entry No. 24]; and

2. The Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court for each aforementioned attorney.

> NUKK-FREEMAN & CERRA, P.C.
> *Attorneys for The Prudential Insurance Company of America, Commerce Street Investments, LLC, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Pruco Life Insurance Company of New Jersey, Prudential Investment Portfolios 2, The Prudential Life Insurance Company, Ltd., Prudential Retirement Insurance and Annuity Company, and Prudential Trust Company*
>
> By:   s/ Robin H. Rome
>          ROBIN H. ROME, ESQ.

## *PRO HAC VICE* ATTORNEYS INFORMATION:

Jeremy D. Andersen, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
jeremyandersen@quinnemanuel.com
(213) 443-3000

Christopher R. Barker, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
chrisbarker@quinnemanuel.com
(213) 443-3000

Daniel L. Brockett, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
danbrockett@quinnemanuel.com
(212) 849-7000

David D. Burnett, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
davidburnett@quinnemanuel.com
(212) 849-7000

A. William Urquhart, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
billurquhart@quinnemanuel.com
(213) 443-3000

Dated:  December 28, 2012