| | |
|---|---|
| DUGHI, HEWIT & DOMALEWSKI, P.C.<br>Craig A. Domalewski<br>340 North Avenue<br>Cranford, New Jersey 07016<br>(908) 272-0200<br><br>*Attorneys for Defendants Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation and DLJ Mortgage Capital, Inc.* | *Of Counsel*:<br>Richard W. Clary<br>Julie A. North<br>Richard J. Stark<br>Michael T. Reynolds<br>Lauren A. Moskowitz<br>CRAVATH, SWAINE & MOORE, LLP<br>825 8th Avenue<br>New York, New York 10019<br>(212) 474-1000 |

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, COMMERCE STREET INVESTMENTS, LLC, PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P., PRUCO LIFE INSURANCE COMPANY, PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY, PRUDENTIAL INVESTMENT PORTFOLIOS 2, THE PRUDENTIAL LIFE INSURANCE COMPANY, LTD., PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY and PRUDENTIAL TRUST COMPANY,<br><br>                  Plaintiffs,<br>vs.<br><br>CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., ASSET BACKED SECURITIES CORPORATION, and DLJ MORTGAGE CAPITAL, INC.,<br><br>                  Defendants. | No. 2:12-CV-07242 (KSH)(PS)<br><br>**THE CREDIT SUISSE DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>**Return Date : May 6, 2013**<br><br>**ORAL ARGUMENT REQUESTED** |

TO:    Kirsten M. Grossman, Esq.
        Robin H. Rome, Esq.
        NUKK-FREEMAN & CERRA, P.C.
        636 Morris Turnpike, Suite 2F
        Short Hills, New Jersey 07078

**PLEASE TAKE NOTICE** that on Monday, May 6, 2013, at 9 o'clock in the forenoon, or as soon thereafter as counsel may be heard, the undersigned counsel for Defendants Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation and DLJ Mortgage Capital, Inc. (collectively, "Credit Suisse"), shall move before the Honorable Katharine S. Hayden, U.S.D.J., at the Martin Luther King, Jr. Federal Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey, for entry of an Order granting the Credit Suisse Defendants' Motion to Dismiss Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6) <u>with</u> <u>prejudice</u>.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion to Dismiss, Credit Suisse will rely upon the Memorandum of Law and Certification of Counsel submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Credit Suisse respectfully requests oral argument.

                                      DUGHI, HEWIT & DOMALEWSKI, P.C.
                                      340 North Avenue
                                      Cranford, New Jersey 07016
                                      (908) 272-0200

                                      Attorneys for Defendants Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation and DLJ Mortgage Capital, Inc.

                                      */s/ Craig A. Domalewski, Esq.*
                                      CRAIG A. DOMALEWSKI, ESQ.
Dated: January 28, 2013            cdomalewski@dughihewit.com