| | |
|---|---|
| DUGHI, HEWIT & DOMALEWSKI, P.C.<br>Craig A. Domalewski<br>340 North Avenue<br>Cranford, New Jersey 07016<br>(908) 272-0200<br><br>*Attorneys for Defendants Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation and DLJ Mortgage Capital, Inc.* | *Of Counsel*:<br>Richard W. Clary<br>Julie A. North<br>Richard J. Stark<br>Michael T. Reynolds<br>Lauren A. Moskowitz<br>CRAVATH, SWAINE & MOORE, LLP<br>825 8th Avenue<br>New York, New York 10019<br>(212) 474-1000 |

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, COMMERCE STREET INVESTMENTS, LLC, PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P., PRUCO LIFE INSURANCE COMPANY, PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY, PRUDENTIAL INVESTMENT PORTFOLIOS 2, THE PRUDENTIAL LIFE INSURANCE COMPANY, LTD., PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY and PRUDENTIAL TRUST COMPANY,<br><br>              Plaintiffs,<br>vs.<br><br>CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., ASSET BACKED SECURITIES CORPORATION, and DLJ MORTGAGE CAPITAL, INC.,<br><br>              Defendants. | No. 2:12-CV-07242 (KSH)(PS)<br><br>**ORDER GRANTING THE CREDIT SUISSE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

**THIS MATTER**, being opened to the Court by Dughi, Hewit & Domalewski, P.C., attorneys for Defendants Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation and DLJ Mortgage Capital, Inc. (collectively, "Credit Suisse"), by way of Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the Court having considered the written submissions and accompanying attachments of counsel in support thereof and in opposition thereto; and for good cause shown,

**IT IS** on this _____ day of _____, 2013

**ORDERED** as follows:

1. The Credit Suisse Defendants' Motion to Dismiss Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6) shall be and is hereby granted.

2. Plaintiffs' Complaint is hereby dismissed with prejudice.

3. A copy of this Order shall be served upon all counsel within seven (7) days of the date hereof.

                                                                                                        _____
                                                                                                         Hon. Katharine S. Hayden, U.S.D.J.