| | |
|---|---|
| DUGHI, HEWIT & DOMALEWSKI, P.C.<br>Craig A. Domalewski<br>340 North Avenue<br>Cranford, New Jersey 07016<br>(908) 272-0200<br><br>*Attorneys for Defendants Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation and DLJ Mortgage Capital, Inc.* | *Of Counsel*:<br>Richard W. Clary<br>Julie A. North<br>Richard J. Stark<br>Michael T. Reynolds<br>Lauren A. Moskowitz<br>CRAVATH, SWAINE & MOORE, LLP<br>825 8th Avenue<br>New York, New York 10019<br>(212) 474-1000 |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, COMMERCE STREET INVESTMENTS, LLC, PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P., PRUCO LIFE INSURANCE COMPANY, PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY, PRUDENTIAL INVESTMENT PORTFOLIOS 2, THE PRUDENTIAL LIFE INSURANCE COMPANY, LTD., PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY and PRUDENTIAL TRUST COMPANY,<br><br>            Plaintiffs,<br>vs.<br><br>CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., ASSET BACKED SECURITIES CORPORATION, and DLJ MORTGAGE CAPITAL, INC.,<br><br>            Defendants. | No. 2:12-CV-07242 (KSH)(PS)<br><br><br><br><br><br>**THE CREDIT SUISSE DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation and DLJ Mortgage Capital, Inc. certify as follows:

Defendants Credit Suisse Securities (USA) LLC and DLJ Mortgage Capital, Inc. are wholly-owned subsidiaries of Credit Suisse (USA), Inc.  Defendant Asset Backed Securities Corporation is a wholly-owned subsidiary of Collateralized Mortgage Securities Corporation ("CMSC").  CMSC and Defendant Credit Suisse First Boston Mortgage Securities Corp. are wholly-owned subsidiaries of Credit Suisse Management LLC, which is a wholly-owned subsidiary of Credit Suisse (USA), Inc.  Credit Suisse (USA), Inc. is a wholly-owned subsidiary of Credit Suisse Holdings (USA), Inc., which is a jointly-owned subsidiary of (1) Credit Suisse Group AG, (2) Credit Suisse Group AG, Guernsey Branch, which is a branch of Credit Suisse Group AG, and (3) Credit Suisse AG.  Credit Suisse AG has publicly registered debt securities and warrants in the United States and elsewhere.  Credit Suisse AG is a wholly-owned subsidiary of Credit Suisse Group AG, which is a corporation organized under the laws of the Country of Switzerland and whose shares are publicly traded on the SIX Swiss Exchange and are also listed on the New York Stock Exchange in the form of American Depository Shares.

>DUGHI, HEWIT & DOMALEWSKI, P.C.
>340 North Avenue
>Cranford, New Jersey 07016
>(908) 272-0200
>
>Attorneys for Defendants Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation and DLJ Mortgage Capital, Inc.
>
>*/s/ Craig A. Domalewski, Esq.*
>CRAIG A. DOMALEWSKI, ESQ.
>cdomalewski@dughihewit.com

Dated:  January 28, 2013