| | |
|---|---|
| DUGHI, HEWIT & DOMALEWSKI, P.C.<br>Craig A. Domalewski<br>340 North Avenue<br>Cranford, New Jersey 07016<br>(908) 272-0200<br><br>*Attorneys for Defendants Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation and DLJ Mortgage Capital, Inc.* | *Of Counsel*:<br>Richard W. Clary<br>Julie A. North<br>Richard J. Stark<br>Michael T. Reynolds<br>Lauren A. Moskowitz<br>CRAVATH, SWAINE & MOORE, LLP<br>825 8th Avenue<br>New York, New York 10019<br>(212) 474-1000 |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, COMMERCE STREET INVESTMENTS, LLC, PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P., PRUCO LIFE INSURANCE COMPANY, PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY, PRUDENTIAL INVESTMENT PORTFOLIOS 2, THE PRUDENTIAL LIFE INSURANCE  COMPANY, LTD., PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY and PRUDENTIAL TRUST COMPANY,<br><br>            Plaintiffs,<br>vs.<br><br>CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., ASSET BACKED SECURITIES CORPORATION, and DLJ MORTGAGE CAPITAL, INC.,<br><br>            Defendants. | No. 2:12-CV-07242 (KSH)(PS)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on January 28, 2013, I caused a true copy of the following documents to be electronically filed with the Clerk of the Court through use of the Court's CM/ECF system which will send a notice of electronic filing to Plaintiffs' counsel of record:

1. Notice of the Credit Suisse Defendants' Motion to Dismiss Plaintiffs' Complaint;

2. The Credit Suisse Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiffs' Complaint;

3. Certification of Craig A. Domalewski, Esq., in Support of the Credit Suisse Defendants' Motion to Dismiss Plaintiffs' Complaint;

4. Proposed form of Order granting the Credit Suisse Defendants' Motion to Dismiss; and

5. Certificate of Service.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

> DUGHI, HEWIT & DOMALEWSKI, P.C.
> 340 North Avenue
> Cranford, New Jersey 07016
> (908) 272-0200
>
> Attorneys for Defendants Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation and DLJ Mortgage Capital, Inc.
>
> */s/ Craig A. Domalewski, Esq.*
> CRAIG A. DOMALEWSKI, ESQ.
> cdomalewski@dughihewit.com

Dated: January 28, 2013