# NUKK-FREEMAN & CERRA, PC
EMPLOYMENT ATTORNEYS

March 11, 2013

**VIA ECF AND ELECTRONIC MAIL**

Honorable Judge Katharine S. Hayden
United States District Judge
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, NJ 07102

> RE: **The Prudential Insurance Company of America, *et al.* v. Credit Suisse, *et al.*
> Docket No: 2:12-cv-07242 (KSH)(PS)**

Dear Judge Hayden:

Our firm, along with Quinn Emanuel Urquhart & Sullivan, LLP, represents Plaintiffs The Prudential Insurance Company of America, Commerce Street Investments, LLC, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Pruco Life Insurance Company of New Jersey, Prudential Investment Portfolios 2, The Prudential Life Insurance Company, Ltd., Prudential Retirement Insurance and Annuity Company, and Prudential Trust Company ("Plaintiffs") in the above-referenced matter.

On January 28, 2013, Defendants moved to dismiss Plaintiffs' Complaint in its entirety. Pursuant to L. Civ. R. 7.2(b), the parties jointly submit this letter to respectfully request the Court's approval of the parties' agreement to enlarge the page limitations on briefing. More specifically, the parties have agreed to an enlargement of 5 pages, from 30 to 35 pages (based on a 12-point proportional font), for the page limit of Plaintiffs' opposition to Defendants' motion to dismiss. The opposition is due Thursday, March 14, 2013. The parties have also agreed to a comparable enlargement of 6.25 pages, from 15 to 21.25 pages (based on a 14-point proportional font), for the page limit of Defendants' reply. The parties request an enlargement to sufficiently address all of Defendants' arguments in the motion to dismiss this action, and to address the allegations in the Complaint, which includes 674 paragraphs, 5 causes of action, and 34 exhibits.



Please do not hesitate to contact us if the Court has any questions.

Respectfully Submitted,

NUKK-FREEMAN & CERRA, P.C.

ROBIN H. ROME, ESQ.

cc:  Craig A. Domalewski, Esq. (*via* ECF)
Lauren A. Moskowitz, Esq. (*via* ECF)
David Burnett, Esq. (*via* ECF)
Jeremy Anderson, Esq. (*via* ECF)

So Ordered:

_____
Katharine S. Hayden, U.S.D.J.