UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| THE PRUDENTIAL INSURANCE CO., et al. | : : : : | |
| Plaintiffs | : : | Civil Action No. 12-7242(KSH) |
| v. | : : | |
| CREDIT SUISSE SECURITIES LLC, et al. | : : : | ORDER ON INFORMAL APPLICATION |
| Defendants | : : | |

This matter having come before the Court by way of letter dated March 12, 2013, regarding the parties request that the Court adjourn the March 18, 2013 Rule 16 conference and stay all of the deadlines set forth in the January 28, 2013 Scheduling Order until the motion to dismiss is resolved;

and the Court determining that proceeding with the Rule 16 conference and requiring the production of Rule 26 disclosures as required by the January 28, 2013 Order will ensure that the parties are prepared to promptly complete the pretrial process if the motion does not resolve all claims in the case and is consistent with the goals of Fed. R. Civ. P. 1;

and it appearing that the parties have not yet negotiated a joint discovery plan, ECF No. 39 at 2;

and the Court being prepared to entertain a request to reschedule the Rule 16 March 18, 2013 conference and convene same in April so as to provide the parties time to negotiate and submit a joint discovery plan;

IT IS THEREFORE ON THIS 12th day of March, 2013

ORDERED that the request to adjourn the March 18, 2013 Rule 16 conference and stay all of the deadlines set forth in the January 28, 2013 Scheduling Order until the motion to dismiss is resolved is denied; and

IT IS FURTHER ORDERED that, unless the parties request an adjournment of the March 18, 2013 Rule 16 conference until April 2013 to enable them to confer and submit a joint discovery plan, the **March 18, 2013** Rule 16 conference shall proceed as scheduled and all deadlines shall remain in full force and effect.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**