# DUGHI, HEWIT & DOMALEWSKI, P.C.

| | ATTORNEYS AT LAW | |
|---|---|---|
| LOUIS JOHN DUGHI, JR. | | OF COUNSEL |
| RUSSELL L. HEWIT | | WILLIAM L'E. WERTHEIMER |
| CRAIG A. DOMALEWSKI | 340 NORTH AVENUE | MARY ELIZABETH GAZI |
| ROBERT W. DONNELLY, JR. | CRANFORD, NEW JERSEY 07016 | |
| MICHAEL J. KEATING | (908) 272-0200 | |
| CHARLES M. RADLER, JR. | TELECOPIER: (908) 272-0909 | KRISTIN M. CAPALBO |
| MARIO C. GURRIERI | | ANDREW J. ECONOMOS |
| KEITH A. GABLE | | AMANDA G. BENJAMIN-SMITH |
| PAMELA HATTEM | | ARIS E. L. DUTKA |
| GARY L. RIVELES* | | LORI C. DUFFY |
| RICHARD A. OUTHWAITE | | BENJAMIN H. ZILBERGELD |
| SCOTT A. HALL | | |
| DARA L. SPIRO | | |

WILLIAM H. GAZI (1964-2001)
LAWRENCE WEISS (1961-2011)

\* CERTIFIED CIVIL TRIAL ATTORNEY

March 14, 2013

**VIA ELECTRONIC FILING**
**AND FEDERAL EXPRESS**
Hon. Patty Shwartz, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Building, Courtroom PO10
50 Walnut Street
Newark, New Jersey 07101

    Re: The Prudential Insurance Company of America v. Credit Suisse
       Securities (USA), LLC, et al.
       Case Number 2:12-CV-07242 (KSH) (PS)

Dear Judge Shwartz:

  We represent Defendants Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation and DLJ Mortgage Capital, Inc. ("Defendants") in the above-referenced action.

  We write on behalf of all parties in response to Your Honor's Order on Informal Application of yesterday. The parties request an adjournment of the March 18, 2013 Rule 16 conference until April 2013 to enable them to confer and submit a joint discovery plan. The parties are available to appear before Your Honor on April 15, April 22, April 29, or another date in April that is convenient for the Court.

  Should Your Honor have any questions or comments, please do not hesitate to contact the undersigned.

           Respectfully submitted,

           DUGHI, HEWIT & DOMALEWSKI

           Craig A. Domalewski
           cdomalewski@dughihewit.com

cc: All counsel (via Electronic Filing)