UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; COMMERCE STREET INVESTMENTS, LLC; PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P.; PRUCO LIFE INSURANCE COMPANY; PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY; PRUDENTIAL INVESTMENT PORTFOLIOS 2; THE PRUDENTIAL LIFE INSURANCE COMPANY, LTD.; PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY; and PRUDENTIAL TRUST COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., ASSET BACKED SECURITIES CORPORATION, and DLJ MORTGAGE CAPITAL, INC.,<br><br>Defendants. | No. 2:12-cv-07242-KSH-PS<br><br><br><br>**CERTIFICATION OF<br>ROBIN H. ROME, ESQ.** |

Robin H. Rome, being of full age, hereby certifies as follows:

1.      The Prudential Insurance Company of America, Commerce Street Investments, LLC, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Pruco Life Insurance Company of New Jersey, Prudential Investment Portfolios 2, The Prudential Life Insurance Company, Ltd., Prudential Retirement Insurance and Annuity Company, and Prudential Trust Company (collectively, "Plaintiffs") in this matter.

2.      I am a member of the State Bar of New Jersey and am admitted to practice before the United States District Court for the District of New Jersey.

3.      I submit this Certification in support of Plaintiffs' Memorandum of Law In Opposition to Defendants' Motion to Dismiss, to transmit true and correct copies of the following:

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| A | Attached hereto as **Exhibit A** is a true and correct copy of *Allstate Ins. Co. v. GMAC Mtg., LLC*, No. 27-cv-11-3480, slip op. (Minn. D. Ct. Nov. 28, 2011). |
| B | Attached hereto as **Exhibit B** is a true and correct copy of *Dexia SA/NV v. Bear, Stearns & Co.*, No. 12-cv-4761, slip op. (S.D.N.Y. Feb. 27, 2013). |
| C | Attached hereto as **Exhibit C** is a true and correct copy of *Fed. Housing Fin. Agency v. Credit Suisse Holdings (USA), Inc.*, No. 11-cv-6200, slip op. (S.D.N.Y. Nov. 28, 2012). |
| D | Attached hereto as **Exhibit D** is a true and correct copy of *Fin. Guar. Ins. Co. v. Countrywide Home Loans*, No. 650736/2009, slip op. (N.Y. Sup. Ct. Jun. 15, 2010). |
| E | Attached hereto as **Exhibit E** is a true and correct copy of *Nat'l Credit Union Admin. Bd. v. RBS Sec., Inc.*, No. 11-cv-5887, Civil Minutes (C.D. Cal. Mar. 15, 2012). |
| F | Attached hereto as **Exhibit F** is a true and correct copy of *N.J. Carp. Health Fund v. Royal Bank of Scotland Grp.*, No. 12-cv-1707, slip op. (2d Cir. Mar. 1, 2013). |

I hereby certify under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

NUKK-FREEMAN & CERRA, P.C.

By:  /s/  Robin H. Rome
        Robin H. Rome
*Attorneys for The Prudential Insurance Company of America, Commerce Street Investments, LLC, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Pruco Life Insurance Company of New Jersey, Prudential Investment Portfolios 2, The Prudential Life Insurance Company, Ltd., Prudential Retirement Insurance and Annuity Company, and Prudential Trust Company*

04665.62494/5195102.1                                2