NUKK-FREEMAN & CERRA, P.C.
*Attorneys for Plaintiffs*
636 Morris Turnpike, Suite 2F
Short Hills, New Jersey 07078
Ph.  973.564.9100
Fax 973.564.9112

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; COMMERCE STREET INVESTMENTS, LLC; PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P.; PRUCO LIFE INSURANCE COMPANY; PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY; PRUDENTIAL INVESTMENT PORTFOLIOS 2; THE PRUDENTIAL LIFE INSURANCE COMPANY, LTD.; PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY; and PRUDENTIAL TRUST COMPANY, | **No. 2:12-cv-07242-KSH-PS** |
|      Plaintiffs, | **CERTIFICATE OF FILING AND SERVICE** |
| v. |  |
| CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., ASSET BACKED SECURITIES CORPORATION, and DLJ MORTGAGE CAPITAL, INC., |  |
|      Defendants. |  |

I hereby certify that on this date I caused a copy of the following documents to be electronically filed with the United States District Court for the District of New Jersey:

    1. Plaintiffs' Notice of Supplemental Authority with Exhibits A through D; and

2. Certificate of Service and Filing.

I further certify that I caused a copy of these documents to be served on this date, via the courts CM/ECF system on counsel for Defendants.

**NUKK-FREEMAN & CERRA, P.C.**
*Attorneys for The Prudential Insurance Company of America, Commerce Street Investments, LLC, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Pruco Life Insurance Company of New Jersey, Prudential Investment Portfolios 2, The Prudential Life Insurance Company, Ltd., Prudential Retirement Insurance and Annuity Company, and Prudential Trust Company*

By: s/ Robin H. Rome
    ROBIN H. ROME

Dated: March 18, 2013