

June 6, 2013

**VIA ECF**

Honorable Judge Katharine S. Hayden
United States District Judge
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, NJ 07102

      RE:    The Prudential Insurance Company of America, *et al.* v. Credit Suisse, *et al.*
            Docket No: 2:12-cv-07242 (KSH)(CLW)

Dear Judge Hayden:

    Our firm, along with Quinn Emanuel Urquhart & Sullivan, LLP, represents Plaintiffs The Prudential Insurance Company of America, Commerce Street Investments, LLC, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Pruco Life Insurance Company of New Jersey, Prudential Investment Portfolios 2, The Prudential Life Insurance Company, Ltd., Prudential Retirement Insurance and Annuity Company, and Prudential Trust Company ("Plaintiffs") in the above-referenced matter.

    Pursuant to Your Honor's docket text order [Dkt No. 53], dated June 6, 2013, scheduling oral argument on The Credit Suisse Defendants' Motion to Dismiss, we respectfully write to inform the Court that counsel for Plaintiffs will be in attendance on July 22, 2013.

                          Respectfully Submitted,

                          NUKK-FREEMAN & CERRA, P.C.

                          ROBIN H. ROME, ESQ.

Enclosure

cc:    All counsel of record (*via* ECF)

636 Morris Turnpike, Suite 2F · Short Hills, New Jersey 07078 · Ph 973.564.9100 · Fax 973.564.9112 · www.nfclegal.com