

July 30, 2013

<span style="text-decoration: underline">V<small>IA</small> E-<small>FILING</small></span>

The Honorable Cathy L. Waldor
United States Magistrate Judge
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, NJ 07102

> **RE:** **The Prudential Insurance Company of America,** *et al.* **v. Credit Suisse,** *et al.*
> **Docket No: 2:12-cv-07242 (KSH)(CLW)**

Dear Judge Waldor:

Our firm, along with Quinn Emanuel Urquhart & Sullivan, LLP, represents Plaintiffs The Prudential Insurance Company of America, Commerce Street Investments, LLC, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Pruco Life Insurance Company of New Jersey, Prudential Investment Portfolios 2, The Prudential Life Insurance Company, Ltd., Prudential Retirement Insurance and Annuity Company, and Prudential Trust Company ("Plaintiffs") in the above-referenced matter.

We respectfully submit to Your Honor a copy of the following documents:

1. Plaintiffs' Memorandum in Support of Application for Order Setting a Schedule for Early Law Determination of Sampling Issues, and Exhibits

2. Certification of Robin H. Rome, Esq. with Exhibits A through E; and

3. Certificate of Filing and Service.

Respectfully submitted,

NUKK-FREEMAN & CERRA, P.C.

ROBIN H. ROME, ESQ.

cc:     All counsel of record (*via* ECF)