UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; COMMERCE STREET INVESTMENTS, LLC; PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P.; PRUCO LIFE INSURANCE COMPANY; PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY; PRUDENTIAL INVESTMENT PORTFOLIOS 2; THE PRUDENTIAL LIFE INSURANCE COMPANY, LTD.; PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY; and PRUDENTIAL TRUST COMPANY,<br><br>Plaintiffs,<br><br>-against-<br><br>CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., ASSET BACKED SECURITIES CORPORATION, and DLJ MORTGAGE CAPITAL, INC.,<br><br>Defendants. | No. 2:12-cv-07242 (KSH) (CLW)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiffs and Defendants (collectively, the "Parties") in the above-captioned action (the "Action") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that:

1. All claims that were asserted or could have been asserted in the Action by Plaintiff Prudential Investment Portfolios 2 against the Defendants, including but not limited to all claims arising from the alleged purchase of RAMP 2006-RZ4 (A3) (CUSIP number 75156XAC5), shall be voluntarily dismissed without prejudice.

2. Prudential Investment Portfolios 2 shall be removed from the caption in the

1

Action.

3. All parties are to bear their own costs and attorneys' fees.

DATED: August 2, 2013            NUKK-FREEMAN & CERRA, P.C.

By: /s/ Robin H. Rome
ROBIN H. ROME
KIRSTEN MCCAW GROSSMAN
636 Morris Turnpike, Suite 2F
Short Hills, NJ 07078
Telephone: (973) 564-9100
Fax: (973) 564-9112
rrome@nfclegal.com
kgrossman@nfclegal.com

*Attorneys for Plaintiffs*

OF COUNSEL (*admitted pro hac vice*):

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Daniel L. Brockett
David D. Burnett
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
davidburnett@quinnemanuel.com

Jeremy D. Andersen
Chris Barker
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com
chrisbarker@quinnemanuel.com

DATED:   August 2, 2013

DUGHI, HEWIT & DOMALEWSKI, P.C.

By: _____
CRAIG A. DOMALEWSKI
DUGHI, HEWIT & DOMALEWSKI, P.C.
340 North Avenue
Cranford, New Jersey 07016
(908) 272-0200

*Attorneys for Defendants*

OF COUNSEL:

CRAVATH, SWAINE & MOORE LLP
Richard W. Clary
Julie A. North
Richard J. Stark
Michael T. Reynolds
Lauren A. Moskowitz
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

8/6/2013   So Ordered:

_____
Katharine S. Hayden U.S.D.J.