UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; COMMERCE STREET INVESTMENTS, LLC; PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P.; PRUCO LIFE INSURANCE COMPANY; PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY; THE PRUDENTIAL LIFE INSURANCE COMPANY, LTD.; PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY; and PRUDENTIAL TRUST COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., ASSET BACKED SECURITIES CORPORATION, and DLJ MORTGAGE CAPITAL, INC., <br><br> Defendants. | No. 2:12-cv-07242-KSH-CLW <br><br><br> **CERTIFICATION OF ROBIN H. ROME, ESQ.** |

      Robin H. Rome, being of full age, hereby certifies as follows:

      1.      The Prudential Insurance Company of America, Commerce Street Investments, LLC, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Pruco Life Insurance Company of New Jersey, The Prudential Life Insurance Company, Ltd., Prudential Retirement Insurance and Annuity Company, and Prudential Trust Company (collectively, "Plaintiffs") in this matter.

      2.      I am a member of the State Bar of New Jersey and am admitted to practice before the United States District Court for the District of New Jersey.

3.      I submit this Certification in support of Plaintiffs' Reply Memorandum In Support of Its Application for Order Setting a Schedule for Early Determination of Sampling Issues, and Exhibits to transmit true and correct copies of the following:

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| F | Attached hereto as **Exhibit F** is a true and correct copy of *MBIA Ins. Corp. v. Countrywide Home Loans, Inc.,* No. 602825/08, Stipulated Order Regarding Pretrial Schedule (N.Y. Sup. Ct. May 24, 2011). |
| G | Attached hereto as **Exhibit G** is a true and correct copy of *Fed. Home Loan Bank of Chicago v. Banc of America Sec., LLC,* No. 10-2-36526-5 SEA, Excerpt of Hearing Transcript (Wash. Super. Ct. Feb. 8, 2013). |

I hereby certify under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

NUKK-FREEMAN & CERRA, P.C.

By: s/ Robin H. Rome
     Robin H. Rome

*Attorneys for The Prudential Insurance Company of America, Commerce Street Investments, LLC, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Pruco Life Insurance Company of New Jersey, The Prudential Life Insurance Company, Ltd., Prudential Retirement Insurance and Annuity Company, and Prudential Trust Company*