# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|   |   |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; COMMERCE STREET INVESTMENTS, LLC; PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P.; PRUCO LIFE INSURANCE COMPANY; PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY; THE PRUDENTIAL LIFE INSURANCE COMPANY, LTD.; PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY; and PRUDENTIAL TRUST COMPANY,<br><br>            Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., ASSET BACKED SECURITIES CORPORATION, and DLJ MORTGAGE CAPITAL, INC.,<br><br>            Defendants. | **No. 2:12-cv-07242-KSH-CLW**<br><br>**CERTIFICATE OF FILING AND SERVICE** |

I hereby certify that on this date I caused a copy of the following documents to be electronically filed with the United States District Court for the District of New Jersey:

1. Plaintiffs' Reply Memorandum in Support of Its Application for Order Setting A Schedule for Early Determination of Sampling Issues;

2. Certification of Robin H. Rome, Esq. with Exhibits F and G; and

3. Certificate of Filing and Service.

I further certify that I caused a copy of these documents to be served on this date, via the courts CM/ECF system on counsel for Defendants.

**NUKK-FREEMAN & CERRA, P.C.**
*Attorneys for The Prudential Insurance Company of America, Commerce Street Investments, LLC, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Pruco Life Insurance Company of New Jersey, The Prudential Life Insurance Company, Ltd., Prudential Retirement Insurance and Annuity Company, and Prudential Trust Company*

By: s/ Robin H. Rome
     ROBIN H. ROME

Dated: August 27, 2013