# DUGHI, HEWIT & DOMALEWSKI, P.C.

LOUIS JOHN DUGHI, JR.
RUSSELL L. HEWIT
CRAIG A. DOMALEWSKI
ROBERT W. DONNELLY, JR.
MICHAEL J. KEATING
CHARLES M. RADLER, JR.
MARIO C. GURRIERI
KEITH A. GABLE
PAMELA HATTEM
GARY L. RIVELES*
RICHARD A. OUTHWAITE
SCOTT A. HALL
DARA L. SPIRO

WILLIAM H. GAZI (1964-2001)
LAWRENCE WEISS (1961-2011)

ATTORNEYS AT LAW

340 NORTH AVENUE
CRANFORD, NEW JERSEY 07016
(908) 272-0200
TELECOPIER: (908) 272-0909

OF COUNSEL
WILLIAM L'E. WERTHEIMER
MARY ELIZABETH GAZI

KRISTIN M. CAPALBO
AMANDA G. BENJAMIN-SMITH
ARIS E. L. DUTKA
LORI C. DUFFY
BENJAMIN H. ZILBERGELD
CYNDEE L. ALLERT
SARAH E. FITZPATRICK
JENNIFER L. YOUNG
EVA M. UHRIK
SEAN C. CALLAHAN
ANNA KITSOS

* CERTIFIED CIVIL TRIAL ATTORNEY

September 27, 2013

<u>VIA ELECTRONIC FILING and FedEx</u>

The Honorable Cathy L. Waldor
United States Magistrate Judge
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07101

   Re: The Prudential Insurance Company of America v. Credit Suisse
     Securities (USA), LLC, et al.
   Case No.: 2:12-CV-07242 (KSH) (PS)
   Our File No.: 13665

Dear Judge Waldor:

  We represent Defendants, Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation and DLJ Mortgage Capital, Inc. (collectively, "Defendants"), in the above-captioned matter.

  During the oral argument this week, Your Honor expressed an interest in reviewing the transcript of Magistrate Judge Arleo's decision on September 25, 2013 in *The Prudential Insurance Co. of America, et al. v. Goldman, Sachs & Co., et al.*, No. 12-CV-6590. We have obtained a copy of the transcript and are writing to provide a copy to Your Honor and counsel for plaintiffs.

          Respectfully submitted,

          DUGHI, HEWIT & DOMALEWSKI

          Craig A. Domalewski
          cdomalewski@dughihewit.com

Enclosure

cc: All counsel of record (by ECF)

G:\13665\13665-COR-CAD-WALDOR-MG-09-27-2013.doc