**NOT FOR PUBLICATION**

**United States District Court
for the District Of New Jersey**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, COMMERCE STREET INVESTMENTS, LLC, PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P., PRUCO LIFE INSURANCE COMPANY, PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY, THE PRUDENTIAL LIFE INSURANCE COMPANY, LTD., PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY and PRUDENTIAL TRUST COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., ASSET BACKED SECURITIES CORPORATION, and DLJ MORTGAGE CAPITAL, INC., <br><br> Defendants. | Civil No.: 12-7242 (KSH) <br><br> **Order** |

    This matter having come before the Court on defendants' motion to dismiss the complaint [D.E. 33], and for the reasons expressed in the accompanying opinion,

    IT IS ON this 30th day of September, 2013,

    ORDERED that defendants' motion to dismiss the complaint [D.E. 33] is denied.

                                    /s/ Katharine S. Hayden

                                    Katharine S. Hayden, U.S.D.J.