NUKK-FREEMAN & CERRA, P.C.
26 Main Street, Suite 301
Chatham, New Jersey 07928
Tel. (973) 665-9100
Fax: (973) 665-9101
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; COMMERCE STREET INVESTMENTS, LLC; PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P.; PRUCO LIFE INSURANCE COMPANY; PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY; THE PRUDENTIAL LIFE INSURANCE COMPANY, LTD.; PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY; and PRUDENTIAL TRUST COMPANY,<br><br>         Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., ASSET BACKED SECURITIES CORPORATION, and DLJ MORTGAGE CAPITAL, INC.,<br><br>         Defendants. | **Civil Action No. 2:12-cv-07242-KSH-CLW**<br><br>**NOTICE OF MOTION FOR ADMISSION OF JOHN M. PIERCE** <u>***PRO HAC VICE***</u> |

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 101.1 of the United States District Court for the District of New Jersey, Nukk-Freeman & Cerra, P.C., counsel for Plaintiffs The Prudential Insurance Company of America, Commerce Street Investments, LLC, Pru Alpha

Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Pruco Life Insurance Company of New Jersey, The Prudential Life Insurance Company, Ltd., Prudential Retirement Insurance and Annuity Company, and Prudential Trust Company ("Plaintiffs"), hereby request the entry of an Order admitting John M. Pierce of Quinn Emanuel Urquhart & Sullivan, LLP, to practice before this Court in this matter *pro hac vice,* on behalf of Plaintiffs.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs will rely upon the attached certifications in support of this application;

**PLEASE TAKE FURTHER NOTICE** that a form of Order is being submitted with this Notice of Motion.

NUKK-FREEMAN & CERRA, P.C.
*Attorneys for Plaintiffs*

By:   s/ Robin H. Rome
        ROBIN H. ROME

Dated:  March 11, 2014