# DUGHI, HEWIT & DOMALEWSKI, P.C.

ATTORNEYS AT LAW

340 NORTH AVENUE
CRANFORD, NEW JERSEY 07016
(908) 272-0200
TELECOPIER: (908) 272-0909

LOUIS JOHN DUGHI, JR.
RUSSELL L. HEWIT
CRAIG A. DOMALEWSKI
ROBERT W. DONNELLY, JR.
MICHAEL J. KEATING
CHARLES M. RADLER, JR.
MARIO C. GURRIERI
KEITH A. GABLE
PAMELA HATTEM
GARY L. RIVELES*
RICHARD A. OUTHWAITE
SCOTT A. HALL
DARA L. SPIRO

WILLIAM H. GAZI (1964-2001)
LAWRENCE WEISS (1961-2011)

OF COUNSEL
WILLIAM L'E. WERTHEIMER
MARY ELIZABETH GAZI
BRANDON D. MINDE
LORI C. DUFFY

KRISTIN M. CAPALBO
ARIS E. L. DUTKA
BENJAMIN H. ZILBERGELD
CYNDEE L. ALLERT
SARAH E. FITZPATRICK
JENNIFER L. YOUNG
EVA M. UHRIK
SEAN C. CALLAHAN
ANNA KITSOS

* CERTIFIED CIVIL TRIAL ATTORNEY

August 22, 2014

**VIA ECF AND FEDERAL EXPRESS**
Hon. Katharine S. Hayden, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   The Prudential Insurance Company of America v. Credit Suisse
      Securities (USA), LLC, et al.
      Case Number 2:12-CV-07242 (KSH) (CLW)

Dear Judge Hayden:

Along with the law firm of Cravath, Swaine & Moore, LLP, we represent Defendants Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation and DLJ Mortgage Capital, Inc. in the above-referenced action.

We are pleased to advise the Court that a settlement has been reached between the parties in the above-captioned matter. Accordingly, we will be electronically filing the enclosed Stipulation of Voluntary Dismissal With Prejudice today, which the parties respectfully request Your Honor so order.

Should Your Honor have any questions or comments, please do not hesitate to contact the undersigned.

Respectfully submitted,

DUGHI, HEWIT & DOMALEWSKI

Craig A. Domalewski
cdomalewski@dughihewit.com

Enclosure

cc:   All counsel (via ECF)