UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; COMMERCE STREET INVESTMENTS, LLC; PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P.; PRUCO LIFE INSURANCE COMPANY; PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY; THE PRUDENTIAL LIFE INSURANCE COMPANY, LTD.; PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY; and PRUDENTIAL TRUST COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., ASSET BACKED SECURITIES CORPORATION, and DLJ MORTGAGE CAPITAL, INC.,<br><br>Defendants. | No. 2:12-CV-07242 (KSH)(CLW)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

IT IS hereby stipulated and agreed to by and between counsel for Plaintiffs The Prudential Insurance Company of America, Commerce Street Investments, LLC, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company of New Jersey, Prudential Investment Portfolios 2,[1] the Prudential Life Insurance Company, LTD., Prudential Retirement Insurance and Annuity Company, and Prudential Trust Company, and Defendants Credit Suisse

---

[1] All claims that were asserted or could have been asserted in this action by Plaintiff Prudential Investment Portfolios 2 against Defendants were previously voluntarily dismissed without prejudice in or around August 2, 2013. See Docket No. 64.

Securities (USA) LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation, and DLJ Mortgage Capital, Inc., that the above-captioned matter has been settled on mutually-agreeable terms and it shall be and hereby is dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with all costs and expenses of suit being paid by the party incurring the same.

The Court shall retain jurisdiction over this matter for the purposes of enforcing all of the terms and provisions of this Stipulation including, but not limited to, any relief sought for a breach of or default under the Confidential Settlement Agreement and Release entered into by the parties.

DATED: August 22, 2014            NUKK-FREEMAN & CERRA, P.C.

By: /s/ Robin H. Rome
ROBIN H. ROME
KIRSTEN MCCAW GROSSMAN
MELISSA ANNE HERBERT
26 Main Street, Suite 301
Chatham, NJ 07928
Telephone: (973) 665-9100
Fax: (973) 665-9101
rrome@nfclegal.com
kgrossman@nfclegal.com
mherbert@nfclegal.com

*Attorneys for Plaintiffs*

OF COUNSEL (*admitted pro hac vice*):

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Daniel L. Brockett
David D. Burnett
Brant Duncan Kuehn
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
davidburnett@quinnemanuel.com
brantkuehn@quinnemanuel.com

Jeremy D. Andersen
Chris R. Barker
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com
chrisbarker@quinnemanuel.com

DATED: August 22, 2014

DUGHI, HEWIT & DOMALEWSKI, P.C.

By: _____/s/ Craig A. Domalewski_____
CRAIG A. DOMALEWSKI
DUGHI, HEWIT & DOMALEWSKI, P.C.
340 North Avenue
Cranford, New Jersey 07016
(908) 272-0200

*Attorneys for Defendants*

OF COUNSEL:

CRAVATH, SWAINE & MOORE LLP
Richard W. Clary
Julie A. North
Richard J. Stark
Michael T. Reynolds
Lauren A. Moskowitz
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

DATED: 8/25/14

IT IS SO ORDERED.

_____/s/ Katharine S. Hayden_____
THE HONORABLE KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE